IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH K. KNIGHT,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JAMES A. YATES,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-00612-OWW-SMS (HC)<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(DOCUMENT #6) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 27, 2007, petitioner filed a motion to extend time to respond to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   August 27, 2007**　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE