UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH K. KNIGHT, | ) | 1:07-cv-00612-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 9) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| JAMES A. YATES, | ) | **DISMISS** (Doc. 5) |
| | ) | |
| Respondent. | ) | **ORDER DISMISSING PETITION** |
| | ) | **FOR WRIT OF HABEAS CORPUS** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 11, 2007, the Magistrate Judge filed Findings and a Recommendation that Respondent's motion to dismiss the petition as untimely be GRANTED, and the instant petition be DISMISSED, with prejudice. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On September 25, 2007, Petitioner filed objections to the Findings and Recommendation.

//

/

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendation are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.   The Findings and Recommendation, filed September 11,
10 2007, are ADOPTED IN FULL;
11    2.   Respondent's motion to dismiss the instant petition as
12 untimely, filed July 11, 2007, is GRANTED;
13    3.   The Petition for Writ of Habeas Corpus is therefore
14 DISMISSED, with prejudice; and,
15    4.   The Clerk of Court enter judgment for Respondent.
16 IT IS SO ORDERED.

17 **Dated:   November 8, 2007**                /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE